UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: STOYANOVA, SIMONA M

Case No. 07-17824
Chapter 7

Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00

Assets Exempt: $22,100.00

Total Distribution to Claimants: $9,562.47

Claims Discharged Without Payment: $216,041.03

Total Expenses of Administration: $1,922.29

3) Total gross receipts of $ 11,484.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,484.76 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,922.29 | 1,922.29 | 1,922.29 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 138,817.13 | 119,920.44 | 119,920.44 | 9,562.47 |
| **TOTAL DISBURSEMENTS** | $138,817.13 | $121,842.73 | $121,842.73 | $11,484.76 |

4) This case was originally filed under Chapter 7 on September 28, 2007. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/28/2010          By: /s/DEBORAH K. EBNER
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Account Receivable | 1121-000 | 5,201.00 |
| Account Receivable | 1121-000 | 1,594.00 |
| Account Receivable | 1121-000 | 383.28 |
| Account Receivable | 1121-000 | 3,047.00 |
| C.H. Robertson Account recievable | 1129-000 | 1,125.58 |
| refund - SAS - State of Kansas | 1121-000 | 100.00 |
| Interest Income | 1270-000 | 33.90 |
| **TOTAL GROSS RECEIPTS** | | **$11,484.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL SECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner, ESQ. | 2100-000 | N/A | 1,898.35 | 1,898.35 | 1,898.35 |
| International Sureties | 2300-000 | N/A | 9.79 | 9.79 | 9.79 |
| International Sureties | 2300-000 | N/A | 14.15 | 14.15 | 14.15 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,922.29 | 1,922.29 | 1,922.29 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, NA | 7100-000 | N/A | 3,362.32 | 3,362.32 | 278.30 |
| BAUER BUILT TIRE | 7100-000 | 887.75 | 878.86 | 878.86 | 72.74 |
| VOLVO FINANCIAL SERVICES | 7100-000 | N/A | 22,681.60 | 22,681.60 | 1,877.27 |
| VOLVO FINANCIAL SERVICES | 7100-000 | N/A | 27,473.82 | 27,473.82 | 2,273.90 |
| VOLVO FINANCIAL SERVICES | 7100-000 | N/A | 24,391.32 | 24,391.32 | 2,018.78 |
| American Express Bank FSB | 7100-000 | 6,017.26 | 6,219.60 | 6,219.60 | 514.77 |
| American Express Bank FSB | 7100-000 | 8,855.99 | 8,928.94 | 8,928.94 | 739.01 |
| American Express Centurion Bank | 7100-000 | 7,841.24 | 8,026.82 | 8,026.82 | 664.35 |
| LVNV Funding LLC assignee of Citibank | 7100-000 | N/A | 3,000.00 | 3,000.00 | 248.30 |
| Advanta Bank Corp | 7100-000 | 9,531.83 | 10,572.50 | 10,572.50 | 875.05 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7200-000 | N/A | 4,384.66 | 4,384.66 | 0.00 |
| Sears/CBSD | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| GE Capital Solutions | 7100-000 | 1,876.34 | N/A | N/A | 0.00 |
| TMobile | 7100-000 | 299.40 | N/A | N/A | 0.00 |
| Chicago Ruck | 7100-000 | 105.88 | N/A | N/A | 0.00 |
| Stroger Hospital | 7100-000 | 9,860.00 | N/A | N/A | 0.00 |
| CHASE/CC | 7100-000 | 3,284.00 | N/A | N/A | 0.00 |
| Charter Bank | 7100-000 | 806.27 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Key Equipment | 7100-000 | 865.46 | N/A | N/A | 0.00 |
| Volvo Financial | 7100-000 | 6,531.32 | N/A | N/A | 0.00 |
| Volvo Financial | 7100-000 | 8,638.20 | N/A | N/A | 0.00 |
| Total Logistics | 7100-000 | unknown | N/A | N/A | 0.00 |
| GEMB/SAMS Club | 7100-000 | 9,163.00 | N/A | N/A | 0.00 |
| Charter Bank | 7100-000 | 384.95 | N/A | N/A | 0.00 |
| Navistar Financial | 7100-000 | 48,183.40 | N/A | N/A | 0.00 |
| BANK OF AMERICA | 7100-000 | 4,267.00 | N/A | N/A | 0.00 |
| CAPITAL ONE BANK | 7100-000 | 383.52 | N/A | N/A | 0.00 |
| AT&T | 7100-000 | 105.32 | N/A | N/A | 0.00 |
| ADVENTIST BUSINESS HEALTH | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| AMEX | 7100-000 | 7,841.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 138,817.13 | 119,920.44 | 119,920.44 | 9,562.47 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-17824  
Case Name: STOYANOVA, SIMONA M  

Trustee: (330480) DEBORAH K. EBNER  
Filed (f) or Converted (c): 09/28/07 (f)  
§341(a) Meeting Date: 10/25/07  
Claims Bar Date: 01/25/08  

Period Ending: 03/28/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Account Receivable | Unknown | 5,201.00 | | 5,201.00 | 0.00 |
| 2 | Account Receivable | Unknown | 1,594.00 | | 1,594.00 | 0.00 |
| 3 | Account Receivable | Unknown | 383.28 | | 383.28 | 0.00 |
| 4 | Liquidation (net) proceeds of dissolved business (u) | Unknown | Unknown | | 0.00 | FA |
| 5 | Account Receivable | Unknown | Unknown | | 3,047.00 | 0.00 |
| 6 | 304 Richfield Trail, Romeoville, IL 60446, [Coun | 171,000.00 | 0.00 | | 0.00 | FA |
| 7 | Chase Bank checking account | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Household furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10 | SAS Trans Inc. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | C.H. Robertson Account recievable | 2,000.00 | Unknown | | 1,125.58 | FA |
| 12 | Reimbursement Prepared Insurance Premium | 2,500.00 | Unknown | | 0.00 | FA |
| 13 | Carolina Casualty Deductible Reimbursement | 3,000.00 | Unknown | | 0.00 | FA |
| 14 | 2004 Volkswagen Golf [Volkswagen Motor Finance] | 11,500.00 | 0.00 | | 0.00 | FA |
| 15 | 1996 BMW 328i | 4,000.00 | 0.00 | | 0.00 | FA |
| 16 | Computer; printer; fax; telephone; desk; chair; | 200.00 | 0.00 | | 0.00 | FA |
| 17 | refund - SAS - State of Kansas | Unknown | 0.00 | | 100.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 33.90 | FA |
| 18 | Assets  Totals (Excluding unknown values) | $199,200.00 | $7,178.28 | | $11,484.76 | $0.00 |

Major Activities Affecting Case Closing:

Final account being prepared.

Initial Projected Date Of Final Report (TFR):   December 31, 2010   Current Projected Date Of Final Report (TFR):   September 14, 2009 (Actual)

Printed: 03/28/2010 07:49 PM    V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number: 07-17824
Case Name: STOYANOVA, SIMONA M

Taxpayer ID #: 13-7580581
Period Ending: 03/28/10

Trustee: DEBORAH K. EBNER (330480)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****33-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/26/07 | {1} | ARGO INSURANCE AGENCY | A/R | 1121-000 | 5,201.00 | | 5,201.00 |
| 10/26/07 | {2} | STAGELINE EXPRESS, INC | A/R | 1121-000 | 1,594.00 | | 6,795.00 |
| 10/26/07 | {3} | The Sutter Company | A/R | 1121-000 | 383.28 | | 7,178.28 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.12 | | 7,178.40 |
| 11/14/07 | {11} | Sas-Trans, Inc | AR of dissolved corp - principal waives claim to funds | 1129-000 | 1,125.58 | | 8,303.98 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.04 | | 8,308.02 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.23 | | 8,312.25 |
| 01/07/08 | {5} | Argo Insurance Agency, Inc. | | 1121-000 | 3,047.00 | | 11,359.25 |
| 01/23/08 | {17} | State of Kansas | refund - SAS-Trans, Inc | 1121-000 | 100.00 | | 11,459.25 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.79 | | 11,464.04 |
| 02/05/08 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #07-17824 | 2300-000 | | 9.79 | 11,454.25 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.35 | | 11,456.60 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.12 | | 11,458.72 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.59 | | 11,460.31 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.43 | | 11,461.74 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,463.19 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,464.64 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.36 | | 11,466.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.50 | | 11,467.50 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.25 | | 11,468.75 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.90 | | 11,469.65 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 11,470.46 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,470.92 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-17824 Voided on 02/08/09 | 2300-000 | | 14.15 | 11,456.77 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-17824 Voided: check issued on 02/08/09 | 2300-000 | | -14.15 | 11,470.92 |
| 02/08/09 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-17824, 016026455 | 2300-000 | | 14.15 | 11,456.77 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 11,457.20 |

Subtotals: $11,481.14 $23.94

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 03/28/2010 07:49 PM    V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 07-17824
Case Name: STOYANOVA, SIMONA M

Taxpayer ID #: 13-7580581
Period Ending: 03/28/10

Trustee: DEBORAH K. EBNER (330480)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****33-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 11,457.69 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,458.15 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,458.60 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 11,459.09 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,459.57 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,460.05 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,460.51 |
| 10/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.31 | | 11,460.82 |
| 10/21/09 | | To Account #********3366 | To close | 9999-000 | | 11,460.82 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 11,484.76 | 11,484.76 | $0.00 |
| Less: Bank Transfers | 0.00 | 11,460.82 | |
| Subtotal | 11,484.76 | 23.94 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $11,484.76 | $23.94 | |

{} Asset reference(s)

Printed: 03/28/2010 07:49 PM V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

Case Number: 07-17824
Case Name: STOYANOVA, SIMONA M

Taxpayer ID #: 13-7580581
Period Ending: 03/28/10

Trustee: DEBORAH K. EBNER (330480)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****33-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/09 | | From Account #********3365 | To close | 9999-000 | 11,460.82 | | 11,460.82 |
| 10/23/09 | 101 | Deborah K. Ebner, ESQ. (Trustee) | | 2100-000 | | 1,898.35 | 9,562.47 |
| 10/23/09 | 102 | CHASE BANK USA, NA | | 7100-000 | | 278.30 | 9,284.17 |
| 10/23/09 | 103 | BAUER BUILT TIRE | | 7100-000 | | 72.74 | 9,211.43 |
| 10/23/09 | 104 | VOLVO FINANCIAL SERVICES | | 7100-000 | | 1,877.27 | 7,334.16 |
| 10/23/09 | 105 | VOLVO FINANCIAL SERVICES | | 7100-000 | | 2,273.90 | 5,060.26 |
| 10/23/09 | 106 | VOLVO FINANCIAL SERVICES | | 7100-000 | | 2,018.78 | 3,041.48 |
| 10/23/09 | 107 | American Express Bank FSB | | 7100-000 | | 514.77 | 2,526.71 |
| 10/23/09 | 108 | American Express Bank FSB | | 7100-000 | | 739.01 | 1,787.70 |
| 10/23/09 | 109 | American Express Centurion Bank | | 7100-000 | | 664.35 | 1,123.35 |
| 10/23/09 | 110 | LVNV Funding LLC assignee of Citibank | | 7100-000 | | 248.30 | 875.05 |
| 10/23/09 | 111 | Advanta Bank Corp | | 7100-000 | | 875.05 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 11,460.82 | 11,460.82 | $0.00 |
| Less: Bank Transfers | 11,460.82 | 0.00 | |
| Subtotal | 0.00 | 11,460.82 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $11,460.82 | |

{} Asset reference(s)

Printed: 03/28/2010 07:49 PM V.11.54

Exhibit 9

Form 2

Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****33-67 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

Taxpayer ID #: 13-7580581
Period Ending: 03/28/10

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****33-65 | 11,484.76 | 23.94 | 0.00 |
| Checking # ***-*****33-66 | 0.00 | 11,460.82 | 0.00 |
| MMA # ***-*****33-67 | 0.00 | 0.00 | 0.00 |
| | $11,484.76 | $11,484.76 | $0.00 |

{} Asset reference(s)

Printed: 03/28/2010 07:49 PM  V.11.54